# EXHIBIT A

## FOIR #16-2337 Response

FOIA_Officer@isp.state.il.us <FOIA_Officer@isp.state.il.us>　　　　　　　　　　　　Thu, Oct 13, 2016 at 3:25 PM
To: sarah@loevy.com

10/13/2016

LOEVY & LOEVY
FOIR #16-2337

Thank you for writing the Illinois State Police with your request for information pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1 et seq.
On October 6, 2016, we received your request for the following: Records related to I-Case #IL15AA12942.

The Illinois State Police Freedom of Information Officer, Nancy G. Easum, is denying your request for the reasons outlined below:

5ILCS 14017(1)(d)(i) ? The information requested, if disclosed, would interfere with pending or actually and reasonably contemplated law enforcement proceeding conducted by law enforcement or correctional agency.

5 ILCS 140/7(1)(d)(iii) ? The information requested could create a substantial likelihood that a person will be deprived of a fair trial or an impartial hearing if the information were made public, as this case has not yet been adjudicated.

5 ILCS 14017(1)(d)(vii) ? The information requested would obstruct a current and ongoing criminal investigation. The case or cases pertaining to your request is currently under review and Illinois State Police is expecting to be required to gather additional information regarding the case up to and until a verdict has been reached. Therefore, the case or cases pertaining to your request is considered an ongoing investigation.

You have the right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Attorney General (5 ILCS 140/9.5(a)). You can file your Request for Review with the PAC by writing to:

　　　Public Access Counselor
　　　Office of the Attorney General
　　　500 South 2nd Street
　　　Springfield, Illinois 62706
　　　Fax:  (217) 782-1396
　　　E-mail:  publicaccess@atg.state.il.us

If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial letter (5 ILCS 140/9.5(a)). Please note that you must include a copy of your original FOIA request and this denial letter when filing a Request for Review with the PAC.

You also have the right to seek judicial review of your denial by filing a lawsuit in the State circuit court (5 ILCS 140/11).

Nancy G. Easum
Freedom of Information Officer

801 S. Seventh St., Suite 1000-S
Springfield, Illinois 62703