IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PHYLLIS ELLIS, as Administrator of the Estate of Terrance Jenkins, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 16 C 9449 |
| RANDY PFISTER, et al., ) ) | |
| Defendants. ) | Hon. Amy St. Eve |

## **DECLARATION OF SARAH GRADY**

I, Sarah Grady, declare under penalty of perjury that the following is true and correct:

1. I am over eighteen years old and I have personal knowledge of all of the facts mentioned herein.

2. I am counsel for Plaintiff Phyllis Ellis, as Administrator of the Estate of Terrance Jenkins.

3. Plaintiff Phyllis Ellis resides in Chicago, Illinois.

4. Plaintiff's son, Terrance Jenkins, Jr. also resides in Chicago, Illinois.

5. Prior to his incarceration in the Illinois Department of Corrections, Terrance Jenkins, Sr., resided in Chicago, Illinois.

6. Upon information and belief, Defendant Randy Pfister resides at ▇▇▇▇ Lockport, Illinois ▇▇▇▇

7. Upon information and belief, Edward Clemmons, a witness in this case, resides at ▇▇▇▇ Oak Lawn, Illinois ▇▇▇▇

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                        Respectfully submitted,

                        /s/ Sarah Grady
                        Sarah Grady

Dated:    February 15, 2017