IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | | |
|---|---|---|
| PHYLLIS ELLIS, as Administrator of the Estate of Terrance Jenkins, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 17 C 1254 |
| RANDY PFISTER, et al., | ) ) | Hon. Joe Billy McDade |
| Defendants. | ) ) | Hon. Jonathan E. Hawley |

## PARTIES' DISCOVERY PLAN

Counsel for Plaintiff, Sarah Grady, and counsel for Defendants, Lisa Cook, having met on July 18, 2017 for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. The parties have already exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

2. Amendment of the pleadings:    October 4, 2017.

3. Joining additional parties:    October 4, 2017.

4. Close of fact discovery:    December 29, 2017.

5. Disclosure of Plaintiff's experts: January 30, 2018.

6. Disclosure of Plaintiff's expert reports: January 30, 2018.

7. Plaintiff's experts deposed by:    March 2, 2018.

8. Disclosure of Defendants' experts:    March 16, 2018.

9. Disclosure of Defendants' expert reports:    March 16, 2018.

10. Defendants' experts deposed by:    April 16, 2018.

11. Disclosure of Plaintiff's rebuttal expert reports:  May 7, 2018.

12. Completion of all discovery:  May 16, 2018.

13. Dispositive motions:  June 18, 2018.

Respectfully submitted,

/s/ Sarah Grady
Sarah Grady
Attorney for Plaintiff

Russell Ainsworth
Sarah Grady
Katie Roche
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
sarah@loevy.com

Respectfully submitted,

/s/ Lisa Cook
Lisa Cook
Attorney for Defendants

Lisa Cook
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
500 South Second St.
Springfield, Illinois 62701
(217) 557-7081
lcook@atg.state.il.us

**CERTIFICATE OF SERVICE**

    I, Sarah Grady, an attorney, certify that on July 24, 2017, I caused the foregoing Parties' Discovery Plan to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                    /s/ Sarah Grady
                                    Sarah Grady
                                    Attorney for Plaintiff