IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| PHYLLIS ELLIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 17-1254 ) |
| RANDY PFISTER, et al., | ) ) ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

The Defendants, DERRICK CAUDLE, THOMAS DAYTON, KRISI ESHLEMAN, ANTON FRAZIER, CHRISTOPHER MILLER, GUY PIERCE, DARRIN SHULL, JENNIFER TINSLEY, and SAM TOPPEL, by and through Lisa Madigan, Attorney General for the State of Illinois, move pursuant to Federal Rule 6(b)(1)(A) for an extension of time to file their answer to Plaintiff's first amended complaint [d/e 79].

In support of this motion, Defendants provide the following:

1. Plaintiff's first amended complaint was filed on November 15, 2017.  [d/e 79]. The amended complaint added several new Defendants to the action.

2. Some of the above-named Defendants were personally served with summonses, while others were issued waivers of service.  Defendants Eshleman, Miller, and Shull were issued 21-day summonses and already requested and were granted an extension of time up to January 29, 2018.

3. Based on the deadline pursuant to the waivers of service of summons and the first motion for extension of time filed by Eshleman, Miller, and Shull, the answer deadline for all of the above-named Defendants is presently January 29, 2018.

4.	The undersigned has been investigating to ensure there are no conflicts or issues with representation of all new Defendants by the Office of the Attorney General.   The undersigned is awaiting a final determination before filing an answer on behalf of the newly added Defendants.   The undersigned is also trying to confer with Defendants who no longer work for the Illinois Department of Corrections.

5.	Accordingly, Defendants seek a brief 14-day extension to file their answer.

6.	The undersigned sent an email to Plaintiff's counsel, Sarah Grady, concerning this motion late in the afternoon but did not hear back before filing this motion.

7.	The undersigned does not file this motion to create unnecessary delay—discovery in the case is proceeding.   The undersigned anticipates that neither party will suffer prejudice as a result of this request.

WHEREFORE, Defendants respectfully request that this Court grant them additional time, up to and including February 12, 2018, to file their answer to Plaintiff's first amended complaint.

Respectfully submitted,

DERRICK CAUDLE, THOMAS DAYTON, KRISI ESHLEMAN, ANTON FRAZIER, CHRISTOPHER MILLER, GUY PIERCE, DARRIN SHULL, JENNIFER TINSLEY, and SAM TOPPEL,

Defendants,

Lisa Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 782-9026 Phone
(217) 524-5091 Fax
Email: lcook@atg.state.il.us

LISA MADIGAN, Illinois Attorney General,

For Defendants,

By:   s/Lisa Cook
LISA COOK
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| PHYLLIS ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 117-1254 |
| | ) | |
| RANDY PFISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2018, the foregoing document, MOTION FOR EXTENSION OF TIME TO FILE ANSWER, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Arthur Loevy          loevylaw@loevy.com

Jonathan Loevy        jon@loevy.com

Katherine Roche       katie@loevy.com

Russell Ainsworth     russell@loevy.com

Sarah Grady           sarah@loevy.com

Respectfully Submitted,

  s/Lisa Cook
Lisa Cook, #6298233
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois   62701
(217) 782-9026 Phone
(217) 524-5091 Fax
E-Mail:   lcook@atg.state.il.us