IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| PHYLLIS ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 17-1254 |
| | ) | |
| RANDY PFISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION TO DISMISS

The Plaintiff, Phyllis Ellis, as Administrator of the Estate of Terrance Jenkins, by and through her counsel, Loevy & Loevy, and the Defendants, Randy Pfister, James Boland, Adam Deal, Marvin Reed, Christopher Bufford, Christopher Miller, Derrick Caudle, Darrin Shull, Ryan Kram, Thomas Dayton, Matthew Pickham, Sam Toppel, Anton Frazier, Jennifer Tinsley, Krisi Eshleman, and Guy Pierce, hereby stipulate to the dismissal of this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Plaintiff and the Defendants agree as follows:

1. The parties have negotiated a settlement of this case.

2. Pursuant to the settlement agreement, the parties stipulate to the dismissal of this suit *without* prejudice pending payment of the settlement sum. Upon payment of the settlement sum, the dismissal will convert to one *with* prejudice.

3. Each party shall bear their own attorney's fees, costs, and expenses.

AGREED.

Dated:  <u>June 11, 2018</u>

Respectfully submitted,

| | |
|---|---|
| By:  <u>s/Russell Ainsworth</u> (*with consent*)<br>Jon Loevy<br>Arthur Loevy<br>Russell Ainsworth<br>Sarah Grady<br>Katherine Roche<br>LOEVY & LOEVY<br>Attorneys for Plaintiff<br>311 North Aberdeen St., 3rd Floor<br>Chicago, Illinois 60607<br>(312) 243-5900 | By: <u>s/Lisa A. Cook</u><br>Lisa A. Cook, #6298233<br>Assistant Attorney General<br>Attorney for Defendants<br>500 South Second Street<br>Springfield, Illinois 62701<br>(217) 785-4555 Phone<br>(217) 524-5091 Fax<br>E-Mail: <u>lcook@atg.state.il.us</u> |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| PHYLLIS ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 17-1254 |
| | ) | |
| RANDY PFISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2018, the foregoing document, *Stipulation to Dismiss*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | |
|---|---|
| Arthur Loevy | loevylaw@loevy.com |
| Jonathan Loevy | jon@loevy.com |
| Katherine Roche | katie@loevy.com |
| Russell Ainsworth | russell@loevy.com |
| Sarah Grady | sarah@loevy.com |

Respectfully Submitted,

  s/Lisa Cook
Lisa Cook, #6298233
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois   62701
(217) 557-7081 Phone
(217) 524-5091 Fax
E-Mail:   lcook@atg.state.il.us

3